UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X   Case No. 23-cv-05689

LORENA MICHEL,

                                              Plaintiff,

    -against-

                                                                                      **NOTICE OF MOTION**

LAFAYETTE MARKET INC. d/b/a THE FOOD
EMPORIUM and ALFREDO BARRETO, *in his individual
capacity*,

                                              Defendants.
---------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon this motion dated February 23, 2024, the Declaration of Morgan Mickelsen, and supporting exhibits, Plaintiffs respectfully move the Court pursuant to Federal Rules of Civil Procedure 55(b) and Local Civil Rule 55.2(b) to enter default judgment in favor of Plaintiff and against Defendants LAFAYETTE MARKET INC. d/b/a THE FOOD EMPORIUM and ALFREDO BARRETO, on the grounds that said Defendants failed to answer or otherwise defend against the complaint; to set a date for an inquest so that Plaintiff may prove damages; and for such further relief as this Court may deem just and proper.

Dated: New York, New York
February 23, 2024

                                                                  **PHILLIPS & ASSOCIATES,**
                                                                  Attorneys at Law, PLLC

                                                                  _/s/ Morgan Mickelsen_
                                                                  Morgan Mickelsen
                                                                  Brittany A. Stevens
                                                                  *Attorneys for Plaintiffs*
                                                                  45 Broadway, Suite 430
                                                                  New York, New York 10006
                                                                  (212) 248-7431
                                                                  mmickelsen@tpglaws.com
                                                                  bstevens@tpglaws.com